# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORI HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>　　　　Defendant. | Case No.: 2:16-cv-04133 |

## NOTICE OF SETTLEMENT

TO THE CLERK:

　　　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: December 22, 2016　　　　　　BY: */s/ Amy L. Bennecoff Ginsburg*
　　　　　　　　　　　　　　　　　　　Amy L. Bennecoff Ginsburg, Esquire
　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Mei-Ying M Imanaka
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego, CA 92101
Phone: 619-231-0303
Fax: 619-231-4755
Email: mimanaka@swsslaw.com

Thomas F Landers, Jr
Solomon Ward Seidenwurm and Smith LLP
401 B Street Suite 1200
San Diego, CA 92101
Phone: 619-231-0303
Fax: 619-231-4755
Email: tlanders@swsslaw.com

Dated: December 22, 2016     BY: */s/ Amy L. Bennecoff Ginsburg*
                             Amy L. Bennecoff Ginsburg, Esquire
                             Kimmel & Silverman, P.C.
                             30 E. Butler Avenue
                             Ambler, PA 19002
                             Phone: (215) 540-8888
                             Facsimile: (877) 788-2864
                             Email: aginsburg@creditlaw.com
                             Attorney for the Plaintiff