# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORI HILL,<br><br>        Plaintiff,<br><br>   v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendant. | Case No. 2:16-cv-04133-TJH-PLA<br><br>[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE   [JS-6]<br><br>Judge: Hon. Terry J. Hatter, Jr.<br><br>Magistrate Judge:  Paul L. Abrams |

## ORDER

Upon consideration of the Joint Motion and Stipulation for Dismissal With Prejudice Per Rule 41(a) and there being good cause as the parties have reached a settlement to resolve this matter, the Motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE** with each side to bears its own costs.

   **IT IS SO ORDERED.**

DATE: APRIL 18, 2017

_____
Hon. Terry J. Hatter, Jr.
United States District Judge

- 1 -